IN THE UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZUBUKO - ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> CATHERINE H. GALLAGHER CO-OPERATIVE ) <br> HOUSING ET AL. - ) <br> Defendant ) <br> ) | CIVIL ACTION NUMBER: <br> 05-10068-RWZ |

**PLAINTIFF'S ADDENDUM TO 'PLAINTIFF'S FIRST MOTION FOR RECONSIDERATION AND NULLLIFICATION OF HEARING SCHEDULED ON MARCH 16TH – 2005'**

01)   The ruling markedly epitomized markedly deviation from Equal Protection and Due Process Clauses. By and large, the Plaintiff DEMANDED for jury trial. What qualified others for jury trial that disqualified the Plaintiff [in that respect]? Central to the Court's palpable historical handling of the Plaintiff's cases, it would be superlatively judicious to schedule the case for jury trial [as the Plaintiff demanded] It would not augur well for humanity for one to luxuriating in taking unconscionable advantages of others. It never matched with the rule of law stipulations. The unfavorable ruling presently qualified for "**but for**" doctrine. It was unconstitutional, unstatutory and unprocedural. When those prevailed, the ruling became not only *voidable*, but *void*. Hopefully, the Plaintiff needed not to see his ears prior to his qualification for jury trial on his cases. Let the United States' citizenry and residents adjudged! Evidently, the Judges' judgment had been queer, defective, preposterous, babyish and cancerous.
A wise wo/man should know when one leered at her/him! The Court should feel its ears burning and God would not adjudge humanity precociously [on prevalence of that]!

02)   Granted that "Plaintiff has a substantial history of vexatious and frivolous litigation," but the time had arrived to determine if "a swallow makes a summer." On

whose determination did Azubuko file vexatious and frivolous cases? Honestly, on those subjects, one should refrain from nailing his/her color to the mask. Succinctly, no sane wo/man should arrogate critical and creative thinking to her/him self. It was an indicator of palpably crass *insensitivity* and *arrogance*. The ugly state of things thunderously cried for dialogue and not monologue.

03)    The Plaintiff would like the Court to furnish the Plaintiff with a copy of the Complaint. It was not mail to the Plaintiff prior to the questionable or injury of law transfer.

04)    Reiteratively, the Plaintiff effusively prayed the Court to act upon the motion as a matter of urgency. If it became a legal impossibility, the Plaintiff would make another submission to the Court on or about March 10th, 2005.

Respectfully submitted on Thursday – February 24th – 2005.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone Number: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiff did not serve a copy of the head to the Defendants, because of the Court's preemptive approach to the proceeding.

CHUKWUMA E. AZUBUKO,
Pro Se.