UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05-10068RWZ

CHUCKWU AZUBUKO
Plaintiffs

V.

GALLAGHER COOPERATIVE HOUSING
Defendants

ORDER

SOROKIN, M.J.

    For good cause shown and after hearing with counsel, the Court hereby ORDERS defendant AZUBUKO released on the following conditions: that Mr. AZUBUKO appear at the United States District Court on Tuesday, May 10, 2005 @ 9:00am in Courtroom # 12 on the fifth floor before the Honorable Rya Zobel.
  SO ORDERED.

                          /s/ Leo T. Sorokin
                          UNITED STATES MAGISTRATE JUDGE