AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

CHUCKWU E. AZUBUKO

**WARRANT FOR ARREST**

Case Number: 05CV10068-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  _____CHUCKWU E. AZUBUKO_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

For failure to appear at Show Cause hearing on 3/16/05; from Memorandum and Order issued on 2/17/05

in violation of Title _____ United States Code, Section(s) _____

s/ Lisa A. Urso
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

3/17/05    Boston
Date and Location

Received U.S. Marshal Service, Boston, MA — 2005 MAR 17 A 9:36

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
The John D Bryant H.S - Malcolm X Blvd (Roxbury, Mass)

| DATE RECEIVED 5/5/05 | NAME AND TITLE OF ARRESTING OFFICER Francis P Dawson Jr, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER Francis P Dawson |
| --- | --- | --- |
| DATE OF ARREST 5/6/05 | | |