UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10068-RWZ

CHUKWUMA AZUBUKO

v.

CATHERINE H. GALLAGHER COOPERATIVE HOUSING, et al.

ORDER

May 10, 2005

ZOBEL, D.J.

Plaintiff has filed numerous frivolous complaints in this and other districts, and has been previously ordered by Chief Judge Young and Judge Saris not to file any documents in this Court unless: 1) they are accompanied by a motion for leave to file same, and 2) a judge of this Court grants leave to file such documents. This Court found that plaintiff, by filing the instant complaint, has violated those orders and issued an order to show cause why he should not be held in contempt.

After a hearing, the Court is uncertain whether plaintiff fails to understand the Court's orders or willfully fails to comply therewith. Accordingly, it reiterates the orders previously entered.

It is Ordered,

1) That plaintiff, using the name Chukwuma Azubuko or any other name, shall not file any documents in this Court or cause any documents to be filed in this Court by transfer or otherwise, without including with such document a motion for leave to file same, and

2) That a violation of this order may give rise to sanctions, and

3) Plaintiff is hereby granted leave to file a notice of appeal from the judgment of dismissal of this case and this order.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |