**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>   CHUKWUMA AZUBUKO   </u>
       **Plaintiff**

                                           **CIVIL ACTION**

V.

                                           **NO.** <u>      05CV10068-RWZ</u>

<u>   CATHERINE H. GALLAGHER COOPERATIVE HOUSING   </u>
       **Defendant**

<u>**ORDER OF DISMISSAL**</u>

<u>  ZOBEL,   D. J.  </u>

    In accordance with the Court's ORDER on <u>  5/10/05 </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                           By the Court,

<u>  5/10/05   </u>                                                  <u>   s/ Lisa A. Urso   </u>
    **Date**                                                            **Deputy Clerk**